**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Migdelia Irma Mendoza**<br>DOB: 1984; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08852MJ |

| Complaint for a violation of Title 18, United States Code, § 554(a) |
|---|

On or about April 19, 2026, in the District of Arizona, **Migdelia Irma Mendoza** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: four (4) AR-style rifles, 16 AK-style rifles, one (1) AK-style pistol, one RPG-7 launcher tube, 20 firearm pistol grips, 16 rifle butt stocks, and 24 AK-style firearm magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On April 19, 2026, at approximately 10:30 p.m., **Migdelia Irma MENDOZA** attempted to leave the United States and enter the Republic of Mexico at the DeConcini Port of Entry in Nogales, within the District of Arizona. **MENDOZA** was driving a 2016 Lexus NX200T, which was registered to her, accompanied by her two minor daughters and one minor niece. **MENDOZA** drove past several signs warning that firearms and ammunition are prohibited in the Republic of Mexico. Due to a computer-generated alert on her vehicle from a prior encounter, Customs and Border Protection Officers (CBPOs) conducted an outbound inspection of the occupants of the vehicle. **MENDOZA** told the CBPOs that she was traveling from her home in South Tucson to Mexico to visit her husband. CBPOs took a negative outbound declaration to include weapons, ammunition and monetary instruments in excess of $10,000. **MENDOZA** claimed responsibility for and ownership of everything inside the vehicle. CBPOs searched the rear hatch of the vehicle and lifted an access panel for the spare tire well.  Upon searching the tire well, CBPOs observed non-factory black fabric under the rear seat. At this point, officers instructed all occupants to exit the Lexus and one of them noticed that **MENDOZA** was continuously fidgeting and her hands were shaking. CBPOs took one last negative outbound declaration from **MENDOZA**. CBPOs folded up the rear seat and further exposed the black fabric under it. When CBPOs physically touched the black fabric, they felt dense metal object beneath, which appeared to be firearms and magazines. Based on this, CBPOs requested a Z-Portal scan of the vehicle, which revealed anomalies under the rear seat. CBPOs then drove the vehicle to a secure area to conduct a more thorough search.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A |
|---|

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br><br><br>AUTHORIZED BY AUSA *M. Cassell* | SIGNATURE OF COMPLAINANT<br>JAMES D TRADER  Digitally signed by JAMES D TRADER<br>Date: 2026.04.20 13:04:57 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI SA James Trader |

| **Sworn by telephone  _x__** | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 20, 2026 |

[1]     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2 of 2**

CBPOs removed the rear seat and observed shiny and new bolts securing the rear seat, which were easily removed by hand. Once the seat was removed, CBPOs observed several firearms and parts wrapped in green plastic wrap, which is consistent with smuggling weapons out of the United States. Officers removed four (4) AR style rifles with the pistol grips removed, sixteen (16) AK style rifles with the pistol grips and butt stocks removed, one (1) AK style pistol with the pistol grip and butt stock removed, one (1) RPG-7 launcher tube, 20 firearm pistol grips, sixteen (16) rifle butt stocks and 24 AK style firearm magazines. Firearms are commonly broken down, in this manner to aid in concealment.

The firearms and ammunition found in the vehicle **MENDOZA** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **MENDOZA** did not possess an import/export license nor present one to the CBPOs.